UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO, JR.,

                              Plaintiff,

          -against-

O CONELL JEWSH FROM 51 AV TREND
STATION, DOBLES, DISHOES PEERS,

                              Defendants.

1:19-CV-11828 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 24, 2020, dismissing this action is frivolous,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed as frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:     January 24, 2020
           New York, New York

_____
          COLLEEN McMAHON
     Chief United States District Judge